UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA COVELLE,
        Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,
        Defendant.

CIVIL ACTION NO.
12-CV-11798-MBB

## FINAL JUDGMENT

### DECEMBER 18, 2012

**BOWLER, U.S.M.J.**

    In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without fees or costs too either party and waiving all rights of appeal.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
United States Magistrate Judge