UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA COVELLE,
        Plaintiff,

v.                                                        CIVIL ACTION NO.
                                                            12-CV-11798-MBB
LIFE INSURANCE COMPANY OF
NORTH AMERICA,
        Defendant.

## FINAL JUDGMENT

### DECEMBER 18, 2012

**BOWLER, U.S.M.J.**

      In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without fees or costs too either party and waiving all rights of appeal.

                                      /s/ Marianne B. Bowler
                                      MARIANNE B. BOWLER
                                      United States Magistrate Judge